GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York  10004
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as Director,

                      Plaintiffs,

        - against -

SHROID CONSTRUCTION INC.
and MICHAEL MCGARRY,

                      Defendants.
-----------------------------------------------------------------X

JUDGE COTE

07 Civ. 9298

CERTIFICATE OF
IDENTIFICATION OF
<u>CORPORATE AFFILIATION</u>

    1.    This Certificate is prepared in compliance with Rule 7.1 of the Local Civil Rules of the Southern and Eastern Districts of New York to enable judges and magistrates to evaluate possible disqualification or recusal.

    2.    Plaintiffs Mason Tenders District Council Welfare Fund, Pension Fund, Annuity Fund, and Training Fund, and John J. Virga, in his fiduciary capacity as Director ("Funds"), have no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
      October 10, 2007

GORLICK, KRAVITZ & LISTHAUS, P.C.
Attorneys for Plaintiffs

By: _____
Michael J. Vollbrecht, Esq.
MV 1118
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500