Daniel M. Felber, Esq. (DF 3027)
ANDREW GREENE & ASSOCIATES, P.C.
Attorneys for Defendant, Michael McGarry
202 Mamaroneck Avenue
White Plains, NY 10601
(914) 948-4800
df@aglaws.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and
JOHN J. VIRGA, in his fiduciary capacity as
Director,

      Plaintiffs,

-against-

SHROID CONSTRUCTION INC.
and MICHAEL MCGARRY,

      Defendants.
-----------------------------------------------------------X

Index No. 07 Civ 9298 (DC)

STIPULATION
EXTENDING TIME TO
ANSWER COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties that the time within which defendant, Michael McGarry, shall have to interpose an answer or otherwise move against the complaint is extended to and including December 27, 2007.

This stipulation may be executed in counterpart originals and facsimile signatures shall be deemed to be original signatures.

Dated: White Plains, New York
    November 20, 2007

GORLICK, KRAVITZ & LISTHAUS, P.C.

By: _____
  Michael J. Vollbrecht, Esq. (MV 1118)
Attorneys for Plaintiff
17 State Street, 4th Floor
New York, NY 10004
(212) 269-2500

ANDREW GREENE & ASSOCIATES, P.C.

By: _____
  Daniel M. Felber, Esq. (DF 3027)
Attorneys for Defendant, Michael McGarry
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 948-4800

So ordered.
/s/ Denise Cote
November 28, 2007