GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL          :
WELFARE FUND, et al.,                   :
                                        :    07 Civ. 9298 (DLC)
          Plaintiffs,                   :
                                        :
        - against -                     :    AFFIDAVIT OF SERVICE
                                        :
SHROID CONSTRUCTION INC.                :
and MICHAEL MCGARRY,                    :
                                        :
          Defendants.                   :
-----------------------------------------------------------------------X
STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK )

        MICHAEL S. ADLER, being duly sworn, deposes and says:


        On November 30, 2007, I served a true and correct copy of the November 28, 2007 Notice

of Initial Pretrial Conference Order in the above-referenced action and served a copy of the Court's

Individual Practices upon defendant SHROID CONSTRUCTION INC. via first class mail at the

following address:


46-10 11th Street
Long Island City, New York 11101


and served a true and correct copy of the November 28, 2007 Notice of Initial Pretrial Conference

Order in the above-referenced action and served a copy of the Court's Individual Practices upon

defendant MICHAEL MCGARRY, via service on counsel for said defendant, via class mail at the following address:

Daniel M. Felber, Esq.
Andrew Greene & Associates, P.C.
202 Mamaroneck Avenue
White Plains, New York 10601

Michael S. Adler

Sworn to before me this
3 0th day of November, 2007

Notary Public

ALICE WEINER
Notary Public, State of New York
No. 4790904
Qualified in New York County
Commission Expires July 31, 2009

HJV\AMENDCPT.STP