GORLICK, KRAVITZ & LISTHAUS, P.C.
Michael J. Vollbrecht, Esq. (MV 1118)
17 State Street, 4th Floor
New York, New York 10004-1501
(212) 269-2500
MVollbrecht@gkllaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MASON TENDERS DISTRICT COUNCIL
WELFARE FUND, PENSION FUND, ANNUITY
FUND, and TRAINING PROGRAM FUND, and          07 Civ. 9298 (DLC)
JOHN J. VIRGA, in his fiduciary capacity as Director,
          Plaintiffs,

     - against -                                AFFIDAVIT OF SERVICE

SHROID CONSTRUCTION INC.
and MICHAEL MCGARRY,

          Defendants.
-----------------------------------------------------------------------X

STATE OF NEW YORK   )
                    )
COUNTY OF NEW YORK  )

MICHAEL S. ADLER, being duly sworn, deposes and says:

On February 8, 2008, I served via first class mail, postage prepaid, a true and correct copy of the Honorable Denise L. Cote's February 4, 2008 signed Order to Show Cause, together with supporting papers and attachments, in the above-referenced action upon defendant SHROID CONSTRUCTION INC., pursuant to the Honorable Denise Cote U.S.D.J.'s instructions, at the following address:

Shroid Construction Inc.
46-10 11th Street
Long Island City, New York 11101

Michael S. Adler

Sworn to before me this
8th day of February 2008

Notary Public
DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008